

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2023

**BY ECF**

Hon. Jessica G.L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *United States v. Angel Gomez*, 23 Cr. 311 (JGLC)

Dear Judge Clarke:

The Government writes with the defendant's consent to request an adjournment of certain deadlines relating to pretrial motions in the above-referenced case.

On September 14, 2023, the Court entered a scheduling order requiring, among other things, pretrial motions to be filed by November 17, with the Government's response due on December 1 and the defendant's reply due on December 8. Dkt. 16 (the "Scheduling Order"). The defendant filed certain motions on November 15. Dkts. 19, 20.

The Government has extended a plea offer to the defendant that expires on December 6, 2023. In connection with the parties' discussions about a potential pretrial disposition, the parties jointly request that the Court adjourn the current motion-related deadlines so that the Government's response to the defendant's motions is due on December 22, 2023, and the defendant's reply is due on January 3, 2024. There have been no prior requests for extensions of any parts of the Scheduling Order, and the parties are not requesting any adjustments other than to the two deadlines referenced above.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by:  \_\_\_\_/s/_____
Justin Horton
Assistant United States Attorney
(212) 637-2276

cc:     John Burke, Esq. (by ECF)