

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

December 29, 2023

**BY ECF**

Hon. Jessica G.L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Angel Gomez*, 23 Cr. 311 (JGLC)

Dear Judge Clarke:

    The Government writes with the defendant's consent to request an adjournment of the current deadlines for expert disclosures in the above-referenced case.

    At the September 12, 2023, status conference, the Court stated certain deadlines including expert disclosures from the Government 60 days before trial (*i.e.*, January 4, 2024) and from the defendant 30 days before trial (*i.e.*, February 3, 2024, a Saturday).

    The parties jointly request that the Court adjourn the expert disclosure deadlines so that the Government's disclosure, if any, is due by January 19, 2024, and the defendant's disclosure, if any, is due by February 2, 2024, ahead of the February 6, 2024, deadline for motions *in limine*.

    There have been no prior requests for extensions of the expert disclosures deadline, and the parties are not requesting any extensions other than the one described above.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
    Justin Horton
    Assistant United States Attorney
    (212) 637-2276

Application GRANTED. The expert disclosure deadlines is EXTENDED as followed: Government's disclosure, if any, is due by January 19, 2024, and the defendant's disclosure, if any, is due by February 2, 2024. The Clerk of Court is respectfully directed to terminated the letter motion at ECF No. 24.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: January 4, 2024
    New York, New York

    cc:    John Burke, Esq. (by ECF)