Cooley

MEMO ENDORSED

Russell Capone
T: +1 212 479 6580
RCapone@cooley.com

Via ECF

September 8, 2026

The Honorable Jessica G. Clarke
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: United States v. Gomez, Case No. 23-cr-0311**

Dear Judge Clarke:

I write regarding Mr. Gomez's sentencing date, currently scheduled for September 24, 2026. Due to a scheduling conflict for which I will be out of the country, I respectfully request that Mr. Gomez's sentencing be rescheduled for October 28, 2026. I have conferred with counsel for the Government, who consents to the requested adjournment.

Sincerely

*/s/ Russell Capone*
Russell Capone

RC

Application GRANTED. The sentencing, originally scheduled for September 24, 2026, is ADJOURNED to October 28, 2026 at 11:00 a.m. The courtroom location will be updated on the docket closer to the sentencing date. Defendant's sentencing submission shall be filed by October 14, 2026, and the Government's sentencing submission shall be filed by October 21, 2026. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 61.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Dated: September 11, 2026
New York, New York