UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ANGEL GOMEZ

Defendant.

23-CR-311 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The sentencing in this matter as to Defendant Angel Gomez, scheduled for October 28, 2026 at 11:00 a.m., will be held in Courtroom 11D at 500 Pearl Street, New York, New York, 10007.

Dated: October 27, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge